IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUONG SON BUI, | : |
|     Petitioner | : |
| | : |
| vs. | :    CIVIL NO. 1:CV-10-2540 |
| | : |
| MARY SABOL, Warden York County Prison, | : |
|     Respondent | : |

*O R D E R*

AND NOW, this 21st day of April, 2011, upon consideration of the report (doc. 20) of the magistrate judge, filed April 6, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The petition (doc. 1) for a writ of habeas corpus is granted.

    3. Respondents shall release petitioner, Duong Son Bui, under conditions of supervision established by the Attorney General until his removal becomes reasonably foreseeable.

    4. The Clerk of Court shall close this file.

                                   /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge